In the Matter of the Claim of LUCILLE Z. ALEXANDER, Respondent, against MOVIETONEWS, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 6, 1937; decided January 26, 1937.

*F. A. W. Ireland* for appellants.

*Herbert W. Haldenstein* and *Theodore W. Adler* for claimant-respondent.

*John J. Bennett, Jr., Attorney-General (Leon Freedman* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion. (See 273 N. Y. 599.)

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: LEHMAN and FINCH, JJ.